IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02638–CMA–KMT

STEPHANIE SPEIGHT, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

BANKRATE, INC., a Delaware corporation,

    Defendant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The parties' "Agreed Motion to Extend Deadlines" (Doc. No. 35, filed June 20, 2013) is GRANTED. For good cause shown, *see* Fed. R. Civ. P. 16(b)(4), the Scheduling Order is amended as follows:

| | |
|---|---|
| Plaintiff's deadline to disclose the name of any expert witness relating to issues of class certification and the subject matter of any opinion(s) that expert intends to render | August 6, 2013 |
| Plaintiff's deadline to move for class certification and serve all information specified by Fed. R. Civ. P. 26(a)(2) | August 20, 2013 |
| Defendant's deadline to disclose the name of any expert witness relating to issues of class certification and the subject matter of any opinion(s) that expert intends to render | October 4, 2013 |
| Defendant's deadline to respond to the motion for class certification and serve all information specified by Fed. R. Civ. P. 26(a)(2) | October 18, 2013 |
| Plaintiff's deadline to file reply in support of the motion for class certification | November 8, 2013 |

| | |
|---|---|
| Parties' deadline to serve written discovery | October 28, 2013 |
| Discovery cut-off | November 25, 2013 |
| Parties' deadline to disclose the name of any expert witness not related solely to class certification issues and provide opposing counsel all information specified in Fed. R. Civ. P. 26(a)(2) | November 4, 2013 |
| Parties' deadline to designate rebuttal experts not relating solely to class certification issues and provide opposing counsel all information specified in Fed. R. Civ. P. 26(a)(2) | December 24, 2013 |
| Parties deadline to file dispositive motions | January 3, 2014 |

Dated: June 24, 2013