**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-02638-CMA-KMT | Date: | August 13, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| | |
|---|---|
| STEPHANIE SPEIGHT, individually and on behalf of all others similarly situated, | Steven Woodrow<br>Megan Lindsey |
| Plaintiff, | |
| v. | |
| BANKRATE, INC., a Delaware corporation, | Bryan Merryman |
| Defendant. | |

## COURTROOM MINUTES

**Motion Hearing**

**1:32 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Court states its understanding of the remaining issues.

Discussion regarding definition of the term "phone calls", transmission of data, class certification deadline, briefing schedule, pending motions, clarification of term "request" and "complaint", obtaining consent from consumers, and information on leads from Inadco and branddealsonline.com.

**ORDERED**: **Plaintiff Speight's First Motion to Compel Bankrate to Answer Discovery [37] is GRANTED IN PART AND DENIED IN PART. The motion is granted as to interrogatory 8 and request for production 30 and 33. The defendant is directed to produce documents from July 2012 through October 2012 for any leads that came from Inadco pertaining to phone calls categorized as "never requested" or "do not call". The motion is denied as to request for production 31 and 32, for reasons stated on record.**

**ORDERED:** The class certification deadline of August 20, 2013 is STAYED. Plaintiff's reply to the Motion to Extend Deadlines for the Parties to Designate Class Certification Experts and File Papers Related to Class Certification [44] is due by close of business on August 23, 2013. A hearing on that motion is set for August 26, 2013 at 10:30 a.m. in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. A modified schedule relating to the deadline to file a class certification motion will be determined at that time.

**2:52 p.m.** Court in recess.

Hearing concluded.
Total in-court time   01:20

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.