IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-2638-CMA-KMT

STEPHANIE SPEIGHT, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

BANKRATE, INC., a Delaware corporation,

    Defendant.

## BANKRATE, INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF SPEIGHT'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Pursuant to the Court's Minute Order of August 12, 2013, Dkt. No. 48, defendant Bankrate, Inc. hereby advises the Court that it consents to Plaintiff filing the First Amended Complaint that is attached as Exhibit A to Plaintiff Stephanie Speight's Unopposed Motion for Leave to File First Amended Complaint, Dkt. No. 47 (filed on August 9, 2013), on the condition such amendment does not delay the case.

Respectfully submitted,

WHITE & CASE LLP

By: /s/ Bryan A. Merryman
Bryan A. Merryman
Attorneys for Defendant
Bankrate, Inc.

LOSANGELES 1024579

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Steven L. Woodrow
swoodrow@edelson.com
Megan L. Lindsey
mlindsey@edelson.com
Edelson & McGuire LLC
999 W. 18th St. #3000
Denver, CO 80202

Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin J. Richman
brichman@edelson.com
Christopher Dore
cdore@edelson.com
Edelson & McGuire LLC
350 North LaSalle, 13th Floor
Chicago, IL 60654

Stefan Coleman
law@stefancoleman.com
1072 Madison Ave. #1
Lakewood, NJ 08701

/s/J. Jonathan Hawk

3