**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:12-cv-02638-CMA-KMT

**STEPHANIE SPEIGHT**, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**BANKRATE, INC**., a Delaware corporation,

    Defendant.

---

**[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND MOTION TO COMPEL
BANKRATE TO ANSWER DISCOVERY**

---

This matter coming before the Court on Plaintiff's Second Motion to Compel Bankrate to Answer Discovery, due and adequate notice having been given, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED** as follows:

1.    Plaintiff's Second Motion to Compel Bankrate to Answer Discovery is hereby granted;

2.    Defendant Bankrate shall provide Plaintiff Speight with all Five9 dialer database schema and database fields that Bankrate maintains for the leads it purchased from Inadco; and

3.    Defendant Bankrate shall produce a report generated by querying Bankrate's Five9 dialer database(s) of all telephone numbers that it called where Bankrate obtained the lead from Inadco.

**IT IS SO ORDERED.**


ENTERED:_____


_____