IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02638–CMA–KMT

STEPHANIE SPEIGHT, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

BANKRATE, INC., a Delaware corporation,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of Defendant's Notice of Non-Opposition (Doc. No. 51), "Plaintiff Speight's Unopposed Motion for Leave to File First Amended Complaint" (Doc. No. 47, filed Aug. 9, 2013) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file Plaintiff's First Amended Complaint (Doc. No. 47-1).

Dated: August 20, 2013