**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-02638-CMA-KMT | Date: | August 26, 2013 |
| Courtroom Deputy: | Emily Seamon | FTR: | Courtroom C-201 |

STEPHANIE SPEIGHT, individually and on behalf of all others similarly situated,   Steven Woodrow
                                                                                  Megan Lindsey

    Plaintiff,

v.

BANKRATE, INC., a Delaware corporation,   Bryan Merryman

    Defendant.

## COURTROOM MINUTES

**MOTIONS HEARING**

**10:32 a.m.   Court in session.**

Court calls case. Appearances of counsel. Also seated at Plaintiff's table: law clerk Patrick Peluso.

10:36 a.m.   Argument by Mr. Woodrow regarding Plaintiff's Motion to Extend Deadlines [44].

10:44 a.m.   Response by Mr. Merryman.

11:25 a.m.   Reply by Mr. Woodrow.

11:44 a.m.   Further response by Mr. Merryman.

**ORDERED**:   Plaintiff's Motion to Extend Deadlines for the Parties to Designate Class Certification Experts and File Papers Related to Class Certification [44] is **GRANTED**. The Court extends the deadlines as proposed by the Plaintiff on page 15 of Doc. No. 44, with the correction of the Discovery cut-off of **January 31, 2014**. Dispositive motions are due by **March 14, 2014**.

**ORDERED**:   **A Telephonic Final Pretrial Conference is set for June 4, 2014 at 9:30 a.m. The parties shall initiate a conference call and contact chambers at 303-335-**

**2780 at the time of the Final Pretrial Conference.  Counsel may file a motion to have the Final Pretrial Conference in person.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven (7) days before the final pretrial conference.**

**ORDERED**: Plaintiff's Motion to Expedite Briefing and Hearing Schedule for Plaintiff Speight's Second Motion to Compel (Dkt. 54) [59] is **DENIED**.

**ORDERED**: Defendant shall respond to Plaintiff Speight's Second Motion to Compel Bankrate to Answer Discovery [54] on or before **September 9, 2013**.  Plaintiff shall reply to the motion on or before **September 23, 2013**.  The Motion Hearing on Doc. No. 54 remains set for October 8, 2013 at 1:30 p.m.

**12:19 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time     1:47

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.