# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-02638-CMA-KMT | Date: | October 8, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                 *Counsel:*

STEPHANIE SPEIGHT, individually and on behalf            Steven Woodrow
of all others similarly situated,                                      Megan Lindsey

    Plaintiff,

v.

BANKRATE, INC., a Delaware corporation,                   Bryan Merryman

    Defendant.

## COURTROOM MINUTES

**Motion Hearing**

**1:30 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding defendant's database schema pertinent to incoming leads, consent for contact on the branddealsonline.com web pages, cross referencing data, class certifications, informal and formal requests for production 17 and 18, the topic of NetQuote integration only recently discovered by Plaintiff during depositions, and leads.

**ORDERED**: **Plaintiff Speight's Second Motion to Compel Bankrate to Answer Discovery [54] is DENIED, for reasons stated on record.**

    **The court finds that the document requests which are the subject matter of this motion are not 'contained' in RFPs 17 and 18. If the Plaintiff desires responses she will need to propound specific discovery requests in the normal course of litigation.**

    **The court finds that expedited responses to the anticipated new requests for production of documents are unnecessary for the class certification briefing.**

Court anticipates that counsel will work together to determine if Bankrate would be willing to generate reports using the Bankrate database.

Court states its practice regarding discovery disputes.

**2:23 p.m.        Court in recess.**

Hearing concluded.
Total in-court time    00:53

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.