IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Christine M. Arguello

Civil Action No.: 1:12-cv-02638-CMA-KMT

**STEPHANIE SPEIGHT**, individually and on behalf of all others similarly situated,

 Plaintiff,

v.

**BANKRATE, INC**., a Delaware corporation,

 Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
## PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel of record that the above-captioned action, including all claims, is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: January 17, 2014      Respectfully submitted,


| PLAINTIFF STEPHANIE SPEIGHT, | DEFENDANT BANKRATE, INC., |
|---|---|
| /s/ Steven L. Woodrow | /s/ Bryan A. Merryman |
| One of Plaintiff's Attorneys | One of Defendant's Attorneys |
| | |
| Steven L. Woodrow | Bryan Alexander Merryman |
| swoodrow@edelson.com | James Jonathan Hawk |
| Megan L. Lindsey | Rachel Jari Feldman |
| mlindsey@edelson.com | White & Case LLP |
| EDELSON PC | 633 West Fifth Street |
| 999 18th Street, Suite 3000 | Suite 1900 |

1

<div style="display: flex;">

<div>

Denver, Colorado 80202
Tel: 303.357.4877
Fax: 312.589.6378

Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 North LaSalle Drive, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Stefan L. Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, PLLC
1072 Madison Avenue, Suite 1
Lakewood, NJ 08701
Tel: 877.333.9427
Fax: 888.498.8946

*Attorneys for Plaintiff and the Putative Class*

</div>

<div>

Los Angeles, CA 90071
Tel: 213-620-7700
Fax: 213-452-2329
bmerryman@whitecase.com
jhawk@whitecase.com
rfeldman@whitecase.com

*Attorneys for Defendant*

</div>

</div>